JAMES WARD, RESPONDENT, *v.* PHILANDER A. SPENCER
AND ANOTHER, IMPLEADED, ETC., APPELLANTS.

APPEAL from a judgment in favor of the plaintiff, entered upon
the verdict of a jury.

The General Term held that the case had been properly sub-
mitted to the jury, and that, as there was sufficient evidence in the
case to support their verdict, the judgment should be affirmed.

*A. E. Kilby,* for the appellants.

*F. W. Hubbard,* for the respondent.

Opinion by MULLIN, P. J.

Judgment affirmed.

---

WILLIAM H. PETTIS, APPELLANT, *v.* DELOS D. PIER
AND ANOTHER, RESPONDENTS.

APPEAL from a judgment in favor of the defendants, entered
upon the verdict of a jury, and from an order denying a motion
for a new trial, made upon the judge's minutes.

The opinion delivered at the General Term was entirely devoted
to an examination of the facts of the case, and the judgment was
reversed, for the reason that the judge at the circuit had submitted
to the jury certain questions of fact; such submission being unau-
thorized by the evidence given at the trial.

*Ball & Searle,* for the appellant.

*Bagg & Collins,* for the respondents.

Opinion by MULLIN, P. J.

Judgment reversed and new trial ordered, costs to abide the
event.